## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-cr-00276-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  OSWALDO CHAVEZ-VARGAS,

      Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on September 20, 2013,

**IT IS ORDERED** that Defendant Oswaldo Chavez-Vargas  is sentenced to **time served**.

Dated:  September 20, 2013

                              BY THE COURT:

                              s/ Robert E. Blackburn
                              ROBERT E. BLACKBURN,
                              UNITED STATES DISTRICT JUDGE